PROB 12B
(7/93)

Report Date: March 20, 2009

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jody Lee West         Case Number: 09-CR-0030-LRS-1 ~~6:06CR00010-004~~

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 10/13/2006       Type of Supervision: Supervised Release

Original Offense: Conspiracy to Possess         Date Supervision Commenced: 1/22/2009
Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846;
Possession with Intent to Distribute
Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 37 Months; TSR - 60     Date Supervision Expires: 1/21/2014
Months

---

## PETITIONING THE COURT

To modify the special condition of supervision as follows:

1    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
     directed by the supervising probation officer, but no more than six tests per month, in order to confirm
     continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Jody West was asked whether she would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Ms. West has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3-20-09

Tommy R
Tommy Rosser
U.S. Probation Officer

Prob 12B
Re: West, Jody Lee
March 20, 2009
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/26/09
_____
Date