PROB 12C
(7/93)

Report Date: August 2, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG - 2 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jody Lee West                    Case Number: 2:09CR00030-001

Address of Offender: 2522 W. Garland, Spokane, WA 99205

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 10/13/2006

Original Offense:      Conspiracy to Possess Methamphetamine, 21 U.S.C. § 841(a)(1);Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 37 Months; TSR - 60 Months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:   Pamela J. Byerly            Date Supervision Commenced: 01/22/2009

Defense Attorney:      Roger Peven                 Date Supervision Expires: 01/21/2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br>**Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On or about July 30, 2010, the undersigned officer received information that Jody West was selling methamphetamine. The information included that she currently had methamphetamine at her residence of 2522 W. Garland, Spokane, Washington.<br><br>A search of the residence was authorized by Scott Morse, Chief U.S. Probation Officer. During the course of the search, a clear baggy containing a crystaline substance was located on the table next to her bed. Based on training and experience, this officer recognized the substance to likely be crystal methamphetamine or "ICE". The defendant volunteered that the only other drugs in the residence were located in the bathroom adjacent to her bedroom. In the bathroom, there was a jar containing cotton balls and two smaller baggies containing a similar substance. |

Prob12C
Re: West, Jody Lee
August 2, 2010
Page 2

The undersigned officer contacted Task Force Officer Brad Richmond, assigned to the FBI Spokane Violent Crime Task Force. He responded and read the defendant her constitutional rights, which she waived and agreed to answer his questions. She admitted that the substance recovered was methamphetamine, and that the amount in the large bag was 1 oz. Further, she stated that amount sold for approximately $1400. During the interview, she volunteered to the undersigned officer that she was not using the methamphetamine, but only selling it.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/02/2010

s/Matthew L. Thompson

Matthew L Thompson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/2/10
Date