PROB 12C
(7/93)

Report Date: May 9, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 9 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jody Lee West                     Case Number: 2:09CR00030-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 10/13/2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess Methamphetamine, 21 U.S.C. § 841(a)(1);Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a) | |
| Original Sentence: | Prison - 37 Months<br>TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: 4/15/2011 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 9/14/2013 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: As a result of reported marijuana and methamphetamine use on April 10, 2013, Ms. West was directed to undergo a substance abuse assessment and follow all treatment recommendations. A report on offender under supervision was submitted to the Court reporting the offender's drug use and steps being taken to address her relapse. Ms. West failed to attend an appointment for her assessment on May 1, 2013, and was rescheduled for May 2, 2013. Ms. West participated in this evaluation and it was recommended that she enter into and complete intensive outpatient treatment, to begin May 8, 2013.<br><br>On May 8, 2013, Ms. West advised the undersigned officer that she would not be starting this treatment as scheduled and is unable to stop her drug use. She requested she be taken to jail in order to stop her drug use. |

Prob12C
Re: West, Jody Lee
May 9, 2013
Page 2

    2    **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. West reported to the U.S. Probation Office, as directed, on May 1, 2013. She admitted to using methamphetamine on April 30, 2013, and signed a drug use admission form indicating this use.

On May 8, 2013, Ms. West advised the undersigned officer that she could not stop using methamphetamine, and reported her last use on May 7, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/09/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/9/13
Date