UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>                          Plaintiff,<br><br>     v.<br><br>Jody Lee West,<br><br>                          Defendant. | No.  CR-09-030-LRS<br><br>**Order Granting Motion to Modify** |

Before the Court is Jody Lee West's Motion to Modify. (ECF No. 83.)  After reviewing the submitted material and relevant authority, the Court is fully informed and hereby grants the motion.

Accordingly, **IT IS HEREBY ORDERED:** Ms. West's Motion to Modify (ECF No. 83) is **GRANTED.**  Ms. West's residence at the Port of Hope RRC shall be terminated immediately and she is approved to reside with her mother at the address that was pre-approved by the United States Probation Office.  Except as noted herein, all remaining provisions of the Judgment entered June 6, 2013, as well as the supervised release rules applicable to the defendant shall continue in full force and effect.

Order:  1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

Dated this 13th day of September, 2013.

*s/Lonny R. Suko*
_____
Lonny R. Suko
United States District Judge

Order: 2