```
PROB 12C
(7/93)
```
Report Date: October 11, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jody Lee West         Case Number: 2:09CR00030-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Court Judge

Date of Original Sentence: October 13, 2006

Original Offense:  Conspiracy to Possess Methamphetamine, 21 U.S.C. § 841(a)(1); Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:  Prison - 37 months;         Type of Supervision: Supervised Release
                    TSR - 60 months

Asst. U.S. Attorney:  Timothy J. Ohms           Date Supervision Commenced: July 8, 2013

Defense Attorney:  John Barto McEntire, IV      Date Supervision Expires: July 7, 2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Ms. West reported to the U.S. Probation Office on September 18, 2013. She was directed to report in person to the U.S. Probation Office by October 5, 2013, and to turn in her monthly report at that time.

As of October 11, 2013, Ms. West has failed to report to the U.S. Probation Office as directed, and she has failed to turn in her monthly report. Repeated efforts have been made by the undersigned officer to contact Ms. West through her cellular phone, with no positive results. Contact was also made with her mother and her employer, yet Ms. West has not reported as directed, nor has she contacted the undersigned officer.

2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

Prob12C
Re: West, Jody Lee
October 11, 2013
Page 2

     **Supporting Evidence**: On October 10, 2013, the undersigned officer spoke with Ms. West's mother, Cindy Isaacs. Ms. Isaacs was advised that Ms. West has not returned any of the undersigned officer's attempts to locate her. Ms. Isaacs was asked if Ms. West was regularly staying with her mother at the approved residence. Ms. Isaacs admitted that Ms. West had not been staying with her regularly, and she believes that Ms. West is staying with a friend in town, however, was unsure of the actual address. Ms. West has not reported any other address to the undersigned officer, nor has any other residence been approved. Her whereabouts are currently unknown.

3     **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: Ms. West failed to report for urinalysis testing at Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT) on October 7, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Cassie Lerch
10/11/2013

Cassie Lerch
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/15/13
Date